**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00036-CV**
_____

**RIVER PLANTATION COMMUNITY IMPROVEMENT ASSOCIATION AND RIVER PLANTATION MUNICIPAL UTILITY DISTRICT, Appellants**

**V.**

**RIVER PLANTATION PROPERTIES LLC AND PREISLER GOLF PROPERTIES LLC, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-07-08266-CV**

**MEMORANDUM OPINION**

River Plantation Municipal Utility District, appellant, by unopposed motion, moved to dismiss its appeal. *See* Tex. R. App. P. 42.1(a)(1). The Utility District filed its motion before the Court decided the appeal.

Accordingly, we grant the Utility District's motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f). As to the remaining appellant, River Planation Community Improvement Association, the appeal shall continue under the same

1

appellate cause number and the appeal shall be styled *River Plantation Community Improvement Association v. River Plantation Properties LLC and Preisler Golf Properties LLC.*

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on April 27, 2022
Opinion Delivered April 28, 2022

Before Golemon, C.J., Horton and Johnson, JJ.